IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
MARGARETT CLARK : CASE NO. 1:06 CV 2829
 :
                Plaintiff :
 :
    -vs- :
 :
COMMISSIONER OF SOCIAL :
SECURITY : <u>JUDGMENT ENTRY</u>
 :
              Defendant :
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This Court, having contemporaneously entered its "Order Adopting Report and Recommendation and Reversing and Remanding the Commissioner's Decision" hereby enters judgment in this case. This Court orders that the Commissioner's decision be reversed and remanded for further proceedings consistent with the Report and Recommendation, with special emphasis on the allegations of disabling symptoms due to sypsnea (shortness of breath) and fatigue.

      IT IS SO ORDERED.

                                                <u>/s/Lesley Wells</u>
                                               UNITED STATES DISTRICT JUDGE

Dated: <u>25 April 2008</u>